# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| RESOURCE FINANCIAL CORPORATION | FILED: JUNE 9, 2008 |
| v. | 08CV3331 |
| THE INTERPUBLIC GROUP OF COMPANIES, INC., | JUDGE KENNELLY |
| AKRAM MIKNAS and FADI SALAMEH | MAGISTRATE JUDGE ASHMAN |
| | TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RESOURCE FINANCIAL CORPORATION, an Illinois Corporation

---

| NAME (Type or print) |
|---|
| William M. McErlean |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ William M. McErlean |

| FIRM |
|---|
| Barnes & Thornburg LLP |

| STREET ADDRESS |
|---|
| One N. Wacker Drive, Suite 4400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3122871 | (312) 357-1313 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐