IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RESOURCE FINANCIAL CORPORATION, ) <br> an Illinois Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INTERPUBLIC GROUP OF COMPANIES, ) <br> INC., a Delaware Corporation, AKRAM ) <br> MIKNAS, an Individual, and FADI SALAMEH, ) <br> an Individual ) <br> ) <br> Defendants. ) | Case No. 08 CV 3331 <br><br> Honorable Matthew F. Kennelly <br><br> Magistrate Judge Ashman |

### AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT THE INTERPUBLIC GROUP OF COMPANIES, INC., TO FILE RESPONSIVE PLEADING

Defendant The Interpublic Group of Companies, Inc. ("IPG"), respectfully files this motion for an extension of time to and including July 25, 2008, within which IPG will answer or otherwise plead. In support of this Agreed Motion, IPG states as follows:

1. On June 9, 2008, Plaintiff filed its Complaint. The Complaint was served by hand on IPG on June 13, 2008. It is unclear if or when the Complaint was properly served on individual defendants Akram Miknas and Fadi Salameh.

2. In order to investigate the allegations of the Complaint and prepare a responsive or other pleading, and as an accommodation to the parties, IPG seeks an extension of time to and including July 25, 2008, in which to file its responsive or other pleading.

3. Plaintiff agrees with this request.

4. IPG does not seek this extension to unnecessarily delay these proceedings and neither Plaintiff nor co-defendants will be prejudiced by the extension sought.

5. IPG, by filing this motion, does not waive, but rather expressly preserves, its rights with respect to any potential issue in this litigation, including the assertion of jurisdictional defenses by motion or otherwise.

WHEREFORE, IPG respectfully requests that this Court grant IPG an extension of time through and including July 25, 2008, in which IPG will answer or otherwise plead to the Complaint.

Dated: July 3, 2008

Respectfully submitted,

THE INTERPUBLIC GROUP OF COMPANIES, INC.

s/ Brandon C. Prosansky
Brandon C. Prosansky
One of Its Attorneys

Robert E. Shapiro
Brandon C. Prosansky
BARACK FERRAZZANO KIRSCHBAUM
 & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(312) 984-3100

Of Counsel
Lewis R. Clayton
Samuel E. Bonderoff
PAUL, WEISS, RIFKIND, WHARTON,
 & GASRRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3222

## CERTIFICATE OF SERVICE

I, Brandon C. Prosansky, an attorney, hereby certify that on this 3rd day of July, 2008, service of a copy of the **Agreed Motion For Extension Of Time For Defendant The Interpublic Group of Companies, Inc., To File Responsive Pleading** was accomplished pursuant to ECF as to Filing Users upon the following:

>   **William M. McErlean**
>   **Charla Lynn Hausler**
>   Barnes & Thornburg LLP
>   One North Wacker Drive
>   Suite 4400
>   Chicago, IL 60606

>                                s/ Brandon C. Prosansky