IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RESOURCE FINANCIAL CORPORATION, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 3331 |
| v. | ) ) | Honorable Matthew F. Kennelly |
| THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual | ) ) ) ) ) ) | Magistrate Judge Ashman |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:   The Attached Certificate of Service List

**PLEASE TAKE NOTICE** that on **Thursday, July 10, 2008, at the hour of 9:30 a.m.,** we shall appear before Judge Matthew F. Kennelly, Courtroom 2103, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and shall present the Agreed Motion For Extension of Time For Defendant The Interpublic Group of Companies, Inc., to File Responsive Pleading, a copy of which is attached hereto and herewith served upon you at which time and place you may appear if you so see fit.

Dated: July 3, 2008

Respectfully submitted,

THE INTERPUBLIC GROUP OF
COMPANIES, INC.

s/ Brandon C. Prosansky
Brandon C. Prosansky
One of Its Attorneys

Robert E. Shapiro (03125180)
Brandon C. Prosansky (6293582)
BARACK FERRAZZANO KIRSCHBAUM
 & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
(312) 984-3100

499901_1.DOC

<u>Of Counsel</u>
Lewis R. Clayton
Samuel E. Bonderoff
PAUL, WEISS, RIFKIND, WHARTON,
  & GASRRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3222

499901_1.DOC

## CERTIFICATE OF SERVICE

    I, Brandon C. Prosansky, an attorney, hereby certify that on this 3rd day of July, 2008, service of a copy of the Notice of Motion was accomplished pursuant to ECF as to Filing Users upon the following:

        **William M. McErlean**
        **Charla Lynn Hausler**
        Barnes & Thornburg LLP
        One North Wacker Drive
        Suite 4400
        Chicago, IL 60606

        s/ Brandon C. Prosansky