# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3331 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Resource Financial Corp. Vs. The Interpublic Group of Companies, Inc. | | |

**DOCKET ENTRY TEXT**

Agreed motion for extension of time is granted. Interpublic's response to the complaint is to be filed by 7/25/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|

Case 1:08-cv-03331    Document 13    Filed 07/10/2008    Page 1 of 1

08C3331 Resource Financial Corp. Vs. The Interpublic Group of Companies, Inc.    Page 1 of 1