## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RESOURCE FINANCIAL CORPORATION, an Illinois Corporation, </br></br>  Plaintiff, </br></br> v. </br></br> THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual, </br></br>  Defendants. | Case No. 08 CV 3331 </br></br> Honorable Matthew F. Kennelly </br></br> Magistrate Judge Ashman |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT THE INTERPUBLIC GROUP OF COMPANIES, INC., TO FILE RESPONSIVE PLEADING**

Defendant The Interpublic Group of Companies, Inc. ("IPG"), respectfully files this motion for an extension of time to and including August 14, 2008, within which IPG will answer or otherwise plead. In support of this Agreed Motion, IPG states as follows:

1. On June 9, 2008, Plaintiff Resource Financial Corporation ("Plaintiff") filed its Complaint. The Complaint was served by hand on IPG on June 13, 2008.

2. On July 10, 2008, the Court granted IPG's Agreed Motion For Extension of Time For Defendant The Interpublic Group of Companies, Inc., To File Responsive Pleading. The Court set July 25, 2008, as the date by which IPG would file its responsive or other pleading.

3. Since that date IPG has continued to investigate the allegations of the Complaint; however, due to the travel schedules of the counsel responsible for this matter, IPG will not be able to properly respond to the Complaint by July 25, 2008. As such, IPG seeks an extension of time to and including August 14, 2008, in which to file its responsive or other pleading.

4. Plaintiff agrees with this request.

5. IPG does not seek this extension to unnecessarily delay these proceedings and neither Plaintiff nor co-defendants will be prejudiced by the extension sought. On information and belief, pursuant to the waiver applicable to foreign individuals, individual defendants Miknas and Salameh have agreed with Plaintiff that they will answer or otherwise plead by September 29, 2008. Therefore, no delay will occur if IPG answers or otherwise pleads by August 14, 2008.

6. IPG, by filing this motion, does not waive, but rather expressly preserves, its rights with respect to any potential issue in this litigation, including the assertion of jurisdictional defenses by motion or otherwise.

WHEREFORE, IPG respectfully requests that this Court grant IPG an extension of time to and including August 14, 2008, in which IPG will answer or otherwise plead to the Complaint.

Dated: July 22, 2008

Respectfully submitted,

THE INTERPUBLIC GROUP OF
COMPANIES, INC.

s/ Brandon C. Prosansky
Brandon C. Prosansky
One of Its Attorneys

Robert E. Shapiro
Brandon C. Prosansky
BARACK FERRAZZANO KIRSCHBAUM
 & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(312) 984-3100

Of Counsel
Lewis R. Clayton
Samuel E. Bonderoff
PAUL, WEISS, RIFKIND, WHARTON,
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3222

## CERTIFICATE OF SERVICE

I, Brandon C. Prosansky, an attorney, hereby certify that on this 22nd day of July, 2008, service of a copy of the **Agreed Motion For Extension Of Time For Defendant The Interpublic Group of Companies, Inc., To File Responsive Pleading** was accomplished pursuant to ECF as to Filing Users upon the following:

> **William M. McErlean**
> **Charla Lynn Hausler**
> Barnes & Thornburg LLP
> One North Wacker Drive
> Suite 4400
> Chicago, IL 60606

s/ Brandon C. Prosansky

502575_1.DOC                               3