IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RESOURCE FINANCIAL CORPORATION, an Illinois Corporation, </br></br> Plaintiff, </br></br> v. </br></br> THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual </br></br> Defendants. | Case No. 08 CV 3331 </br></br> Honorable Matthew F. Kennelly </br></br> Magistrate Judge Ashman |

## NOTICE OF MOTION

To:   The Attached Certificate of Service List

**PLEASE TAKE NOTICE** that on **Tuesday, July 29, 2008, at the hour of 9:30 a.m.,** we shall appear before Judge Matthew F. Kennelly, Courtroom 2103, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and shall present the Agreed Motion For Extension of Time For Defendant The Interpublic Group of Companies, Inc., to File Responsive Pleading, a copy of which is attached hereto and herewith served upon you at which time and place you may appear if you so see fit.

Dated:  July 22, 2008

Respectfully submitted,

THE INTERPUBLIC GROUP OF
COMPANIES, INC.

s/ Brandon C. Prosansky
Brandon C. Prosansky
One of Its Attorneys

Robert E. Shapiro (03125180)
Brandon C. Prosansky (6293582)
BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
(312) 984-3100

502660_1.DOC

Of Counsel
Lewis R. Clayton
Samuel E. Bonderoff
PAUL, WEISS, RIFKIND, WHARTON,
 & GASRRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3222

502660_1.DOC

## CERTIFICATE OF SERVICE

I, Brandon C. Prosansky, an attorney, hereby certify that on this 22nd day of July, 2008, service of a copy of the Notice of Motion was accomplished pursuant to ECF as to Filing Users upon the following:

**William M. McErlean**
**Charla Lynn Hausler**
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606

s/ Brandon C. Prosansky