# Affidavit of Process Server

| RESOURCE FINANCIAL CORPORATION | VS THE INTERPUBLIC GROUP OF COMPANIES, INC | 08 CV 3331 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **BARRY EVELAND** being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served THE INTERPUBLIC GROUP OF COMPANIES, INC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with SCOTT LASCALA                PROCESS AGENT                At
              NAME                              RELATIONSHIP

☐ Residence
              ADDRESS                         CITY / STATE

☒ Business   C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE
              ADDRESS                         CITY / STATE

On 6/13/08                         AT 1:30 PM
     DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
     CITY        STATE        ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                    DATE    TIME         DATE    TIME
(3) _____ (4) _____ (5) _____
    DATE    TIME         DATE    TIME         DATE    TIME

AGE   30   Sex M   Race WH   Height 5'9   Weight 180   HAIR BLACK

_[signature]_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 13TH day of JUNE ,2008.

_[signature]_
SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
KEVIN DUNN   NOTARY PUBLIC
NEW CASTLE COUNTY STATE OF DELAWARE
MY COMMISSION EXPIRES NOV. 23, 2010

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS