IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RESOURCE FINANCIAL CORPORATION, an Illinois Corporation,<br><br>　　　　Plaintiff,<br>-vs-<br><br>THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual,<br><br>　　　　Defendants. | No: 08-cv-3331<br><br>Jury Trial Demanded |

## NOTICE OF FILING

TO:　Mr. Grahame Nelson　　　　　　　　　Fadi Salameh
　　　Qays H. Zúbi　　　　　　　　　　　　　Promoseven
　　　Al Jasrah Tower　　　　　　　　　　　　4th Floor - Wing B
　　　12th Floor, Building 95　　　　　　　　Emarat Atrium Building
　　　Road 1702　　　　　　　　　　　　　　Sheikh Zayed Road
　　　Area 17, Diplomatic Area　　　　　　　P.O. Box 6834
　　　Manama, Kingdom of Bahrain　　　　　Dubai, U.A.E.

　　　Akram Miknas　　　　　　　　　　　　Samuel E. Bonderoff
　　　Promoseven Holdings B.S.C.C.　　　　Paul Weiss Rifkind Wharton & Garrison LLP
　　　610 City Centre Building　　　　　　　1325 Avenue of the Americas
　　　Government Avenue, P.O. Box 5989　　New York, New York 10019-6064
　　　Manama, Kingdom of Bahrain

　　　PLEASE TAKE NOTICE that on July 23, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, via the Court's electronic filing system, an Affidavit of Process Server, a copy of which has been electronically filed and herewith served upon you.

　　　　　　　　　　　　　　　　　　　　　　RESOURCE FINANCIAL CORPORATION, INC.

　　　　　　　　　　　　　　　　　　By:　　/s/ Charla L. Hausler
　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

William M. McErlean
Charla L. Hausler
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that true and correct copies of the foregoing Notice of Filing and Affidavit of Process Server were served on the following individuals of record by depositing the same in the U.S. Mail, first-class postage paid, from One North Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m., on this 23rd day of July 2008:

Mr. Grahame Nelson
Partner
Qays H. Zúbi
Al Jasrah Tower
12th Floor, Building 95
Road 1702
Area 17, Diplomatic Area
Manama, Kingdom of Bahrain

Akram Miknas
Chairman
Promoseven Holdings B.S.C.C.
610 City Centre Building
Government Avenue, P.O. Box 5989
Manama, Kingdom of Bahrain

Fadi Salameh
President, CEO
Promoseven
4th Floor - Wing B
Emarat Atrium Building
Sheikh Zayed Road
P.O. Box 6834
Dubai, U.A.E.

Samuel E. Bonderoff
Paul Weiss Rifkind Wharton & Garrison LLP
1325 Avenue of the Americas
New York, New York 10019-6064

    By:   /s/ Charla L. Hausler

CHDS01 CUH 476643v1