**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3331 |

RESOURCE FINANCIAL CORPORATION, an Illinois Corporation

    Plaintiff,

        v.

THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual,

    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

AKRAM MIKNAS AND FADI SALAMEH

---

NAME (Type or print)
**Timothy J. Carey**

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    **s/Timothy J. Carey**

FIRM   **Dewey & LeBoeuf LLP**

STREET ADDRESS   **Two Prudential Plaza, 180 N. Stetson Avenue, Suite 3700**

CITY/STATE/ZIP   **Chicago, Illinois 60601**

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER **(312) 794-8000** |
|---|---|
| **6181681** | |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   **YES**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   **NO**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   **YES**

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   **YES**

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                                                            APPOINTED COUNSEL