# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3331 |

RESOURCE FINANCIAL CORPORATION, an Illinois Corporation

   Plaintiff,

      v.

THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual,

   Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

AKRAM MIKNAS AND FADI SALAMEH

---

NAME (Type or print)
**Brigitte T. Nuss Kocheny**

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
   s/Brigitte T. Nuss Kocheny

FIRM   **Dewey & LeBoeuf LLP**

STREET ADDRESS   Two Prudential Plaza, 180 N. Stetson Avenue, Suite 3700

CITY/STATE/ZIP   Chicago, Illinois 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (312) 794-8000 |
|---|---|
| 6227001 | |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   NO

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   NO

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   NO

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                              APPOINTED COUNSEL