UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Resource Financial Corporation
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−03331

                                                          Honorable Matthew F. Kennelly

The Interpublic Group of Companies, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/7/2008 and continued to 8/21/2008 at 09:30 AM. Rule 16(b) conference held with attorneys for both sides. Plaintiff is directed to file an amended complaint by 8/21/08, correcting the citizenship allegations regarding the individual defendants. Stipulation on motion regarding arbitration with defendants Miknas and Salameh is to be filed by 9/5/08. The parties are again directed to comply with the initial order entered by the Court. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.