IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RESOURCE FINANCIAL CORPORATION, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 08 CV 3331 |
| v. | ) ) ) | Honorable Matthew F. Kennelly |
| THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual, | ) ) ) ) ) ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## MOTION TO DISMISS AND TO STAY DISCOVERY

The Interpublic Group of Companies, Inc. ("Interpublic") moves this Court to dismiss the Complaint filed by Resource Financial Corporation pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and to stay discovery, respectfully. In support of its Motion To Dismiss and To Stay Discovery, Interpublic has filed a supporting Memorandum of Law.

Dated: August 14, 2008

Respectfully submitted,

THE INTERPUBLIC GROUP OF
COMPANIES, INC.

s/ Brandon C. Prosansky
Brandon C. Prosansky
One of Its Attorneys

Robert E. Shapiro
Brandon C. Prosansky
BARACK FERRAZZANO KIRSCHBAUM
 & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(312) 984-3100

Of Counsel
Lewis R. Clayton
Samuel E. Bonderoff
PAUL, WEISS, RIFKIND, WHARTON,
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3222

515585_1.DOC

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Motion To Dismiss and To Stay Discovery** was served upon the attorneys listed below electronically through CM/ECF on August 14, 2008:

| | |
|---|---|
| **William M. McErlean** | **Timothy James Carey** |
| **Charla Lynn Hausler** | **Brigitte T. Nuss Kocheny** |
| Barnes & Thornburg LLP | **Joanna Collias** |
| One North Wacker Drive | Dewey & LeBoeuf LLP |
| Suite 4400 | Two Prudential Plaza |
| Chicago, IL 60606 | 180 North Stetson Avenue |
| | Suite 3700 |
| | Chicago, IL 60601 |

                                                  s/ Brandon C. Prosansky

515585_1.DOC