IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RESOURCE FINANCIAL CORPORATION, an Illinois Corporation,  Plaintiff,  v.  THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual,  Defendants. | Case No. 08 CV 3331  Honorable Matthew F. Kennelly  Magistrate Judge Ashman |

To:   See Attached Service List

## NOTICE OF MOTION

Please take notice that on August 21, 2008 at 9:30 a.m., we shall appear before the Honorable Matthew F. Kennelly or any judge sitting in his stead, in Courtroom 2103 in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant The Interpublic Group of Companies, Inc.'s, Motion To Dismiss and To Stay Discovery.

Dated: August 14, 2008

Respectfully submitted,

THE INTERPUBLIC GROUP OF
COMPANIES, INC.

s/ Brandon C. Prosansky
Brandon C. Prosansky
One of Its Attorneys

Robert E. Shapiro
Brandon C. Prosansky
BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(312) 984-3100

Of Counsel
Lewis R. Clayton
Samuel E. Bonderoff
PAUL, WEISS, RIFKIND, WHARTON,
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3222

515586_1.DOC

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Notice of Motion** was served upon the attorneys listed below electronically through CM/ECF on August 14, 2008:

| | |
|---|---|
| **William M. McErlean** | **Timothy James Carey** |
| **Charla Lynn Hausler** | **Brigitte T. Nuss Kocheny** |
| Barnes & Thornburg LLP | **Joanna Collias** |
| One North Wacker Drive | Dewey & LeBoeuf LLP |
| Suite 4400 | Two Prudential Plaza |
| Chicago, IL 60606 | 180 North Stetson Avenue |
| | Suite 3700 |
| | Chicago, IL 60601 |

s/ Brandon C. Prosansky

515586_1.DOC