IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RESOURCE FINANCIAL CORPORATION, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual,<br><br>Defendants. | Case No. 08 CV 3331<br><br>Judge Kennelly<br><br>Magistrate Judge Ashman |

## THE INTERPUBLIC GROUP OF COMPANIES, INC.'S NOTIFICATION OF AFFILIATES UNDER LOCAL RULE 3.2

Pursuant to Local Rule 3.2, defendant The Interpublic Group of Companies, Inc. ("IPG") hereby states that it has no publicly held affiliates and that the following publicly held entity owns more than 5% of IPG's stock: UBS Asset Management.

Dated: August 14, 2008

Respectfully submitted,

THE INTERPUBLIC GROUP OF
COMPANIES, INC.

s/ Brandon C. Prosansky
Brandon C. Prosansky
One of Its Attorneys

Robert E. Shapiro
Brandon C. Prosansky
BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(312) 984-3100

Of Counsel
Lewis R. Clayton
Samuel E. Bonderoff
PAUL, WEISS, RIFKIND, WHARTON,
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3222

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **The Interpublic Group of Companies, Inc.'s Notification of Affiliates Under Local Rule 3.2** was served upon the attorneys listed below electronically through CM/ECF on August 14, 2008:

| | |
|---|---|
| **William M. McErlean** | **Timothy James Carey** |
| **Charla Lynn Hausler** | **Brigitte T. Nuss Kocheny** |
| Barnes & Thornburg LLP | **Joanna Collias** |
| One North Wacker Drive | Dewey & LeBoeuf LLP |
| Suite 4400 | Two Prudential Plaza |
| Chicago, IL 60606 | 180 North Stetson Avenue |
| | Suite 3700 |
| | Chicago, IL 60601 |

s/ Brandon C. Prosansky