# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3331 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Resource Financial vs. Interpublic Group | | |

**DOCKET ENTRY TEXT**

The motions of Lewis Clayton and Samuel Bonderoff for leave to appear *pro hac vice* are granted [docket nos. 22 & 23].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|