# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Resource Financial Corporation

                              Plaintiff,

v.                                                  Case No.: 1:08−cv−03331

                                                                 Honorable Matthew F. Kennelly

The Interpublic Group of Companies, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/21/2008 and continued to 10/7/2008 at 09:30 AM. Response to motion to dismiss due by 9/11/2008, Reply due by 9/22/2008. Ruling before Honorable Matthew F. Kennelly on 10/7/2008 at 09:30 AM. Motion to stay is granted through 10/7/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.