IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RESOURCE FINANCIAL CORPORATION, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 3331 |
| v. | ) ) | Honorable Matthew F. Kennelly |
| THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware Corporation, AKRAM MIKNAS, an Individual, and FADI SALAMEH, an Individual | ) ) ) ) ) | Magistrate Judge Ashman |
| Defendants. | ) ) | |

## STIPULATED ORDER TO ARBITRATE

Plaintiff, Resource Financial Corporation, ("RFC"), by and through its counsel, Barnes and Thornburg LLP, and the Defendants, Akram Miknas and Fadi Salameh, by and through their counsel, Dewey and LeBoeuf LLP stipulate as follows:

1.    RFC filed a breach of contract claim against Mr. Miknas and Mr. Salameh in this action which arises out of that certain Engagement Agreement (the "Agreement") dated January 28, 2008, a copy of which is attached as Exhibit A to the Amended Complaint (the "Dispute").

2.    Pursuant to Paragraph F of the Agreement, the Dispute, including any question regarding the existence, validity or termination of the arbitration clause, is required to be referred to and finally resolved by arbitration under the London Court of International Arbitration (LCIA) Rules.

3. The parties have agreed to resolve this dispute in accordance with the provisions of Paragraph F of the Agreement and further agree that RFC's claim against Mr. Miknas and Mr. Salameh shall be stayed pending the resolution of the arbitration.

4. RFC shall initiate arbitration against Mr. Miknas and Mr. Salameh before the LCIA within 90 days of the date of this Stipulated Order to Arbitrate. In the event RFC fails to initiate the arbitration within 90 days, the parties agree that Mr. Miknas and Mr. Salameh may file for dismissal of this action in accordance with Rule 41 of the Federal Rules of Civil Procedure.

WHEREFORE, Resource Financial Corporation and Akram Miknas and Fadi Salameh hereby stipulate and agree that this matter shall be referred to and resolved by arbitration in the London Court of International Arbitration and further agree that the claim against Akram Miknas and Fadi Salameh in the above-captioned case shall be stayed pending the resolution of arbitration.

Dated: September 5, 2008

/s/ Timothy J. Carey
Timothy J. Carey
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 3700
Chicago, Illinois 60601

***Attorney for Defendants Akram Miknas and Fadi Salameh***

/s/ William M. McErlean
William M. McErlean
Charla Hausler
Barnes and Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606

***Attorney for Plaintiff Resource Financial Corporation***

SO ORDERED:
This ___ day of _____, 2008.

_____
Judge Matthew F. Kennelly

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this day of September 5, 2008, a true and correct copy of the attached document, **Stipulated Order to Arbitrate**, was filed electronically. Notice of this filing will be sent by electronic mail through the District Court's Electronic Case Filing System to:

**William M. McErlean**
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago , IL 60606
(312) 357-1313
Email: wmcerlean@btlaw.com

**Charla Lynn Hausler**
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago , IL 60606
(312)357-1313
Email: chausler@btlaw.com

**Brandon C. Prosansky**
Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg
200 West Madison Street
#3900
Chicago , IL 60606
312 984 3100
Email: brandon.prosansky@bfkn.com

**Robert Eliot Shapiro**
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago , IL 60606
(312) 984-3100
Email: rob.shapiro@bfkn.com

**Lewis R. Clayton**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York , NY 10019-6064
(212) 373-3000
Email:lclayton@paulweiss.com

**Samuel Ethan Bonderoff**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York , NY 10019
(212) 373-3000
Email: sbonderoff@paulweiss.com

/s/Timothy J. Carey

Timothy J. Carey
DEWEY & LEBOEUF LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3700
Chicago, IL 60601
(312) 794-8060